**FILED**
Date: 10/22/2024
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 5:24-cr-125-TPB-PRL
     18 U.S.C. § 2261A(2)(B)

GIRISH SUBBURAMAN

INDICTMENT     **SEALED**

The Grand Jury charges:

## COUNT ONE
### (Cyberstalking)

From at least about September 2023 and continuing through at least about October 2023, in the Middle District of Florida, and elsewhere, the defendant,

**GIRISH SUBBURAMAN**,

with the intent to injure, harass, and intimidate another person, G.C., did use an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, including the Internet, Snapchat, and cellular telephone networks, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person, G.C.

In violation of 18 U.S.C. §§ 2261A(2)(B) and 2261(b)(5).

A TRUE BILL,

███████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: *Belkis Callaos*
Belkis H. Callaos
Assistant United States Attorney

By: *[signature]*
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

2

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

GIRISH SUBBURAMAN

INDICTMENT

Violations: 18 U.S.C. § 2261A(2)(B)

A true bill,

███████████

Foreperson

Filed in open court this 22nd day of October 2024.

_M Taylor_
Clerk

Bail $_____

GPO 863 525